# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scarcella, Louis A. | U.S. Bankruptcy Court - Eastern District of New York | 06/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of New York
Alfonse M.D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | The Maurice A. Deane School of Law at Hofstra University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spr 2019 | Adjunct Professor, The Maurice A. Deane School of Law at Hofstra University (W-2) | $7,500.00 |
| 2. Fall 2019 | Adjunct Professor, The Maurice A. Deane School of Law at Hofstra University (W-2) | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Long Island University -- salary (W-2) |
| 2. 2019 | NYS Teachers' Retirement System |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Woodbury, Nassau County, NY | E | Rent | O | W | | | | | |
| 2. Citibank (accounts) -- cash equivalent | A | Interest | M | T | | | | | |
| 3. Chase (accounts) - cash equivalent | A | Interest | J | T | | | | | |
| 4. Columbia Acorn International Fund-1 | C | Dividend | L | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. - UBS Bank USA Dep Account -- cash equivalent | A | Interest | J | T | | | | | |
| 7. - SMCWX | A | Dividend | L | T | | | | | |
| 8. - AEPGX | B | Dividend | M | T | | | | | |
| 9. - ANCFX | C | Dividend | M | T | | | | | |
| 10. Brokerage Account #3 (H) | | | | | | | | | |
| 11. - FSTFX | B | Dividend | L | T | | | | | |
| 12. -FDRXX | B | Dividend | L | T | Buy | 09/06/19 | L | | |
| 13. Brokerage Account #4 (IRA) (H) | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. - PASAX | A | Dividend | | | Sold | 09/10/19 | K | E | |
| 16. - RLESX | | None | | | Sold | 09/10/19 | M | G | |
| 17. - RINTX | | None | | | Sold | 09/10/19 | M | F | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - FXAIX | A | Dividend | L | T | Sold | 09/10/19 | L | E | |
| 19.  - FDRXX | C | Dividend | M | T | Sold | 09/06/19 | M | | |
| 20. | | | | | Buy (add'l) | 09/06/19 | M | | |
| 21. | | | | | Buy (add'l) | 09/10/19 | N | | |
| 22. | | | | | Sold (part) | 09/12/19 | M | | |
| 23. | | | | | Sold (part) | 11/18/19 | J | | |
| 24. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 25.  - KBWB | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 26.  - EWZ | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 27.  - EWW | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 28.  - IEUR | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 29.  - BIZO | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 30.  -VBR | A | Dividend | L | T | Buy | 09/12/19 | L | | |
| 31.  - VO | A | Dividend | L | T | Buy | 09/12/19 | L | | |
| 32.  - VV | A | Dividend | M | T | Buy | 09/12/19 | L | | |
| 33.  - EPI | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 34.  - SNLN | A | Dividend | K | T | Buy | 09/12/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 36.   -FDIVX | | None | | | Sold | 09/10/19 | L | B | |
| 37.   - FCNTX | A | Dividend | | | Sold | 09/10/19 | L | F | |
| 38.   - FSANX | | None | | | Sold | 09/10/19 | K | D | |
| 39.   -FDRXX | B | Dividend | J | T | Sold | 09/06/19 | L | | |
| 40. | | | | | Buy | 09/06/19 | L | | |
| 41. | | | | | Buy<br>(add'l) | 09/10/19 | M | | |
| 42. | | | | | Sold<br>(part) | 09/12/19 | M | | |
| 43. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 44. | | | | | Sold<br>(part) | 11/26/19 | J | | |
| 45. | | | | | Sold<br>(part) | 12/06/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 47. | | | | | Sold<br>(part) | 12/20/19 | J | | |
| 48.   - SNLN | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 49.   - CMBS | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 50.   - FLOT | A | Dividend | K | T | Buy | 09/12/19 | J | | |
| 51.   - SLQD | A | Dividend | J | T | Buy | 09/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -SPIB | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 53.   - VCIT | A | Dividend | K | T | Buy | 09/12/19 | J | | |
| 54.   - AGN | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 55.   - MDT | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 56.   - T | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 57.   - A | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 58.   -GOOG | | None | J | T | Buy | 09/12/19 | J | | |
| 59.   -ADI | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 60.   - ANTM | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 61.   - AAPL | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 62.   - ARCC | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 63.   - BAC | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 64.   - BDX | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 65.   - AVGO | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 66.   - CCL | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 67.   -CSCO | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 68.   - C | A | Dividend | J | T | Buy | 09/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - STZ | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 70.  - DOW | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 71.  -DNKN | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 72.  - GIS | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 73.  -GM | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 74.  - JPM | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 75.  - JNJ | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 76.  - KMI | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 77.  - LRCX | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 78.  - LMT | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 79.  - MCD | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 80.  - MCHP | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 81.  - NOK | | None | J | T | Buy | 09/12/19 | J | | |
| 82.  - NOC | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 83.  - PYPL | | None | J | T | Buy | 09/12/19 | J | | |
| 84.  - QCOM | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 85.  - RTN | A | Dividend | J | T | Buy | 09/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -RHHBY | | None | J | T | Buy | 09/12/19 | J | | |
| 87.  - SIX | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 88.  - TJX | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 89.  - TSM | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 90.  - VOD | | None | J | T | Buy | 09/12/19 | J | | |
| 91.  -XPO | | None | J | T | Buy | 09/12/19 | J | | |
| 92.  - AGNCO | | None | J | T | Buy | 12/20/19 | J | | |
| 93.  - NLYPRF | | None | J | T | Buy | 12/06/19 | J | | |
| 94.  -NRZPRB | | None | J | T | Buy | 12/18/19 | J | | |
| 95.  - SREA | | None | J | T | Buy | 12/18/19 | J | | |
| 96.  -BXMT | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 97.  - WPC | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 98.  - DD | | None | | | Buy | 09/12/19 | J | | |
| 99. | | | | | Sold | 11/20/19 | J | | |
| 100.  - PM | | None | | | Buy | 09/12/19 | J | | |
| 101. | | | | | Sold | 09/24/19 | J | | |
| 102.  -VMBS | A | Dividend | | | Buy | 09/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/18/19 | J | A | |
| 104.  - FLRN | A | Dividend | | | Buy | 09/12/19 | J | | |
| 105. | | | | | Sold | 12/18/19 | J | A | |
| 106.  Brokerage Account #6 (IRA) (H) | | | | | | | | | |
| 107.  - FCNTX | B | Dividend | | | Sold | 09/10/19 | M | G | |
| 108.  - FLPSX | | None | | | Sold | 09/10/19 | M | G | |
| 109. | | | | | | | | | |
| 110.  - LSBDX | B | Dividend | | | Sold | 09/10/19 | L | E | |
| 111.  - SLADX | D | Dividend | | | Sold | 09/10/19 | M | G | |
| 112.  - FDRXX | C | Dividend | N | T | Sold | 09/06/19 | M | | |
| 113. | | | | | Buy | 09/06/19 | M | | |
| 114. | | | | | Buy (add'l) | 09/10/19 | O | | |
| 115. | | | | | Sold (part) | 09/13/19 | N | | |
| 116. | | | | | Sold (part) | 09/16/19 | K | | |
| 117. | | | | | Sold (part) | 09/19/19 | L | | |
| 118. | | | | | Sold (part) | 09/20/19 | K | | |
| 119. | | | | | Sold (part) | 09/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 09/25/19 | K | | |
| 121. | | | | | Buy<br>(add'l) | 09/30/19 | L | | |
| 122. | | | | | Sold<br>(part) | 10/03/19 | K | | |
| 123. | | | | | Sold<br>(part) | 10/09/19 | K | | |
| 124. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 11/18/19 | K | | |
| 126. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 127. | | | | | Sold<br>(part) | 11/19/19 | K | | |
| 128. | | | | | Buy<br>(add'l) | 11/22/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 11/25/19 | K | | |
| 130. | | | | | Sold<br>(part) | 11/26/19 | K | | |
| 131. | | | | | Buy<br>(add'l) | 12/11/19 | K | | |
| 132. | | | | | Sold<br>(part) | 12/16/19 | K | | |
| 133.   - Wells Fargo Bank Natl Bank CD | A | Interest | | | Redeemed | 09/30/19 | K | | |
| 134.   - AGN | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 135.   - MDT | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 136.   - LYB | A | Dividend | J | T | Buy | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - T | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 138. - GOOG | | None | J | T | Buy | 09/13/19 | J | | |
| 139. - ADI | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 140. - ANTM | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 141. - AAPL | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 142. | | | | | Sold (part) | 11/22/19 | J | B | |
| 143. - ARCC | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 144. - BAC | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 145. - BDX | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 146. - BMY | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 147. - AVGO | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 148. - CCL | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 149. - CSCO | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 150. - C | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 151. - STZ | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 152. - DOW | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 153. - DNKN | A | Dividend | J | T | Buy | 09/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - XOM | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 155. - F | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 156. - GIS | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 157. - GM | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 158. - JPM | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 159. - JNJ | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 160. - KMI | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 161. - LRCX | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 162. - LMT | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 163. - MCD | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 164. - MCHP | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 165. - NOK | | None | J | T | Buy | 09/13/19 | J | | |
| 166. - NOC | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 167. - PYPL | | None | J | T | Buy | 09/13/19 | J | | |
| 168. - RTN | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 169. - RHHBY | | None | J | T | Buy | 09/13/19 | J | | |
| 170. - SIX | A | Dividend | J | T | Buy | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - TJX | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 172.  - TSM | A | Dividend | J | T | Buy | 09/13/19 | | | |
| 173. | | | | | Sold (part) | 11/22/19 | J | A | |
| 174.  - TMO | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 175.  - VZ | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 176.  - VOD | | None | J | T | Buy | 09/13/19 | J | | |
| 177.  - WSM | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 178.  - XPO | | None | J | T | Buy | 09/13/19 | J | | |
| 179.  - AGNCO | | None | K | T | Buy | 10/13/19 | J | | |
| 180.  - NLYPRI | A | Dividend | K | T | Buy | 09/13/19 | J | | |
| 181.  - NSAPRA | A | Dividend | K | T | Buy | 09/13/19 | J | | |
| 182.  - NEEPRN | A | Dividend | K | T | Buy | 09/13/19 | J | | |
| 183.  -TWOPRE | A | Dividend | K | T | Buy | 09/13/19 | J | | |
| 184.  - Spirit Aerosystems Inc Note Floating Coupon | A | Interest | K | T | Buy | 11/26/19 | K | | |
| 185.  - United Technologies Corp Note Floating | | None | K | T | Buy | 11/26/19 | K | | |
| 186.  - Great Plains Energy Inc Note Fixed | | None | K | T | Buy | 09/16/19 | K | | |
| 187.  - PBF Logistics LP Note Fixed | A | Interest | K | T | Buy | 09/19/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Icahn Enterprises LP Note Fixed | A | Interest | K | T | Buy | 09/20/19 | K | | |
| 189.  - Equinix Inc Note Fixed | | None | K | T | Buy | 09/25/19 | K | | |
| 190.  - Hollyfrontier Corp Note Fixed | A | Interest | K | T | Buy | 09/19/19 | K | | |
| 191.  - MPT operating Partnership LP Note Fixed | | None | K | T | Buy | 09/24/19 | K | | |
| 192.  - Assurant Inc Note Variable | | None | K | T | Buy | 11/19/19 | K | | |
| 193.  - Dominion Res Inc Note Fixed | | None | K | T | Buy | 12/16/19 | K | | |
| 194.  - Vulcan Matls Co Note | | None | K | T | Buy | 10/09/19 | K | | |
| 195.  - BXMT | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 196.  - WPC | A | Dividend | J | T | Buy | 09/13/19 | J | | |
| 197.  - DD | | None | | | Buy | 09/13/19 | J | | |
| 198. | | | | | Sold | 11/22/19 | J | | |
| 199.  - SRPRA | A | Dividend | | | Buy | 09/13/19 | K | | |
| 200. | | | | | Sold | 12/11/19 | K | | |
| 201.  - PM | | None | | | Buy | 09/13/19 | J | | |
| 202. | | | | | Sold | 09/24/19 | J | | |
| 203.  - Sempra Energy Note Floating | A | Interest | | | Buy | 09/24/19 | J | | |
| 204. | | | | | Sold | 11/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  - Oneok Inc Note | | None | | | Buy | 09/19/19 | K | | |
| 206. | | | | | Sold | 11/25/19 | K | | |
| 207.  Brokerage Account #8 (H) | | | | | | | | | |
| 208.  - FDRXX | C | Dividend | L | T | Sold | 09/06/19 | M | | |
| 209. | | | | | Buy | 09/06/19 | M | | |
| 210. | | | | | Sold<br>(part) | 09/11/19 | M | | |
| 211. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 212. | | | | | Sold<br>(part) | 12/16/19 | J | | |
| 213. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 214.  - UTX | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 215. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 216.  - HD | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 217. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 218.  - AMGN | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 219. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 220.  -Tapestry Inc Com | | None | | | Buy | 09/11/19 | J | | |
| 221. | | | | | Sold | 09/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Pfizer Inc | | None | | | Buy | 09/11/19 | J | | |
| 223. | | | | | Sold | 10/15/19 | J | | |
| 224. - JNJ | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 225. - KLAC | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 226. - MCD | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 227. - MET | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 228. - MET | A | Dividend | J | T | Buy | 09/24/19 | | | |
| 229. - PEP | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 230. - PSX | | Dividend | J | T | Buy | 09/11/19 | | | |
| 231. - PG | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 232. - ROK | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 233. - SBUX | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 234. - TXN | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 235. - MMM | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 236. - USB | A | Dividend | J | T | Buy | 09/11/19 | | | |
| 237. - WMT | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 238. - PLD | A | Dividend | J | T | Buy | 09/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scarcella, Louis A.** | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - PSA | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 240. -ACN | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 241. | | | | | Buy | 10/15/19 | J | | |
| 242. - MDT | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 243. - MSFT | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 244. - BDX | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 245. - BLK | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 246. - CME | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 247. - CVX | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 248. - CSCO | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 249. - CMCSA | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 250. - COST | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 251. - EMN | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 252. - FIS | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 253. - GD | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 254. - ETN | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 255. - IFF | A | Dividend | J | T | Buy | 09/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.   - JPN | A | Dividend | J | T | Buy | 09/11/19 | J | | |
| 257. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 06/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trust

Retirememtn accounts and joint brokerage accounts at Fidelity were transferred to new acoount numbers at Fidelity. Except for the money market investment account (FDRXX), all investments were transferred in kind. The money market account (FDRXX) was sold in old account and repurchased in a new account (no gain/loss).

Brokerage Accounts 3, 4, 5, 6, 8 -- investments transferred in kind (new account numbers at Fidelity)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louis A. Scarcella**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544